IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18cr92 |
| Plaintiff, | : | |
| | : | JUDGE WALTER H. RICE |
| vs. | : | |
| JEREMY WELLS | : | |
| Defendant. | : | |

ENTRY REFERRING DEFENDANT TO THE FORENSIC PSYCHIATRY CENTER FOR WESTERN OHIO FOR PURPOSES OF A MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c); PROCEDURES ORDERED OF COUNSEL

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to the Forensic Psychiatry Center for Western Ohio, for the purposes of a mental status evaluation.

Accordingly, it is the request of this Court that counsel for the Defendant and the government furnish the Forensic Psychiatry Center for Western Ohio with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Criminal Complaint and the Pre-Sentence Investigation Report once available. The Forensic Psychiatry Center for Western Ohio should delay any evaluation until expiration of the seven day period.

The officials at the Shelby County Jail are to do all within their power to facilitate this evaluation.

December 17, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Shelby County Jail