IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                      Case No. 3:18cr92

JEREMY WELLS,          JUDGE WALTER H. RICE

      Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR BOND (DOC.#42); RIGHT OF APPEAL EXPLAINED

---

      Pursuant to telephone conferences held between Court and counsel, upon the record, on April 9 and April 13, 2020, this Court OVERRULES the Defendant's Motion for Bond in its entirety, concluding that there is no condition or combination of conditions such as to guarantee the Defendant's appearance when required and/or the safety of any other person and the community.

      In ruling as aforesaid, the Court has placed great weight on the psychological evaluation from Dr. Kara Marciani, Psy.D., who has opined that Mr. Wells has a high risk of reoffending and has verbalized little insight into his offense behavior, particularly his sexual interest in minors.

      Defendant, to whom a copy of this Entry is sent, is advised that he has fourteen days from the filing of this Decision and Entry to appeal this Court's decision rendered herein to a higher court. He is entitled to the services of an attorney to aid him in such an appeal. Should he wish to

appeal and desires an attorney to represent him, the Court will appoint an attorney for him, at no cost, to assist him in such an appeal.

April 24, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Jeremy Wells, c/o Shelby County Jail, 555 Gearhart Rd, Sidney, OH 45365