IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEREMY WELLS

Defendant.

: Case No. 3:18cr92

: JUDGE WALTER H. RICE

:

:

---

### ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown and at the specific request of the defendant, it is hereby ordered that the defendant's execution of sentence be delayed until on or after February 14, 2021. The United States Marshal is to seek a designation for on or after February 14, 2021.

January 14, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal